# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR TRANSPORT** |
| vs. | ) | |
| Vincent Hunter Packineau, | ) | Case No. 1:17-cr-020 |
| Defendant. | ) | |

On March 6, 2019, defendant made his initial appearance on a petition for action on his conditions of supervised release. He was ordered detained pending a detention hearing on March 11, 2019. He is being housed at the Cass County Jail in Fargo, North Dakota.

Defendant has a mental health evaluation scheduled at Prairie St. John's in Fargo on March 7, 2019, at 1:00 p.m. The United States Marshal shall transport defendant to his evaluation and return him the Cass County Jail upon its completion.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court