# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Vincent Hunter Packineau, | ) | Case No. 1:17-cr-020 |
| Defendant. | ) | |

The court previously ordered defendant detained pending a final hearing on the petition for revocation of his supervised release. He is currently being housed at the Stutsman Correctional Center in Jamestown, North Dakota. On April 4, 2019, he filed a "Motion to Reconsider Detention and Order for Transport." He advises that he has been accepted into a group home at Behavior Management Systems ("BMS") in Rapid City, South Dakota. He requested to be released to BMS. Additionally, he requests that the court direct the United States Marshal to transport him to BMS.

There being no objection by the Government or the Pretrial Services Office, the court **GRANTS** defendant's motion (Doc. No. 74). The United States Marshal shall transport defendant to BMS as soon as practicable. Upon his arrival at BMS, defendant shall be released subject to the conditions of supervised release previously imposed by the Court and with the additional condition that he reside at BMS, comply with its rules, and fulling participate in its programming.

**IT IS SO ORDERED.**

Dated this 9th April, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court